IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RUFUS JOHNSON,**
**ADC #650597**                                                                                       **PLAINTIFF**

V.                             CASE NO. 5:19-CV-65-BSM-BD

**EDWARD ADAMS,** *et al.*                                                                 **DEFENDANTS**

### RECOMMENDED DISPOSITION

**I.**   **Procedure for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Chief Judge Brian S. Miller. Mr. Johnson may file written objections to this Recommendation if he disagrees with its findings or conclusions. Objections should be specific and should include the factual or legal basis for the objection. To be considered, all objections must be received in the office of the Court Clerk within 14 days of this Recommendation.

If no objections are filed, Judge Miller can adopt this Recommendation without independently reviewing the record. By not objecting, Mr. Johnson may waive the right to appeal questions of fact.

**II.**   **Discussion:**

Rufus Johnson, an inmate at the W.C. "Dub" Brassell Adult Detention Center, filed this civil rights lawsuit without the help of a lawyer. (Docket entry #2) In his complaint, Mr. Johnson claimed generally that his conditions of confinement at the Detention Center were unconstitutional. He stated that he had notified Defendant Adams of his need to be transferred to a cell that could better accommodate his physical

disabilities, but that Defendant Adams refused transfer him. He further alleged that he was not allowed out of his cell except to shower, and also, that he was denied access to news.

The conditions Mr. Johnson describes might, but do not necessarily, state federal claims for relief. On March 5, 2019, therefore, the Court ordered Mr. Johnson to file an amended complaint within 30 days to add more information. In the order requiring Mr. Johnson to supplement his complaint, the Court specifically described the additional information needed for the Court to determine whether he could state federal claims for relief, including: how long he had been denied time out of his cell; what news outlets he did or did not have access to; what part Defendants Tyler and Woods played in violating his rights; and a description of his disabilities that required accommodation. Mr. Johnson was cautioned that his claims could be dismissed if he failed to file an amended complaint with additional factual allegations. (#5)

To date, Mr. Johnson has failed to supplement his complaint, and the time allowed for amending his complaint has passed. Without additional facts, the Court cannot determine whether Mr. Johnson's conditions of confinement are unconstitutional.

**III.   Conclusion:**

The Court recommends that Mr. Johnson's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's March 5, 2019 Order and his failure to prosecute this lawsuit.

DATED this 14th day of May, 2019.

_____
UNITED STATES MAGISTRATE JUDGE