IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RUFUS JOHNSON**  **PLAINTIFF**
**ADC #650597**

v.   CASE NO. 5:19-CV-00065 BSM

**EDWARD ADAMS, et al.**  **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Beth Deere's recommended disposition [Doc. No. 6] is adopted, and this case is dismissed without prejudice for a failure to prosecute and comply with the order dated March 5, 2019.

IT IS SO ORDERED this 7th day of June 2019.

_____
UNITED STATES DISTRICT JUDGE